# Court of Appeals
# of the State of Georgia

ATLANTA, __September 06, 2024__

*The Court of Appeals hereby passes the following order:*

## A25A0041. IRA MITCHELL AARON v. THE STATE.

A jury found Ira Aaron guilty of burglary and he was sentenced as a recidivist to a 20-year sentence with the first 10 years to serve without parole and the balance to be served on probation. We affirmed his conviction and sentence in an unpublished opinion. See *Aaron v. State*, Case No. A22A0784 (June 2, 2022). Subsequently, Aaron filed a motion to vacate illegal sentence, asking the trial court to modify his sentence because the State failed to indict him as a recidivist. The trial court denied his motion on May 8, 2024. Aaron filed his notice of appeal on July 9, 2024. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the judgment or trial court order ought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Aaron's notice of appeal was untimely filed 62 days after entry of the order he seeks to appeal, thereby depriving us of jurisdiction over this appeal.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__09/06/2024_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*